IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER SAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-2231 CM/JPO |
| | ) |
| JOHNSON COUNTY COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SURREPLY
IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS
AND MEMORANDUM IN SUPPORT**

Pursuant to Fed. R. Civ. P. 12(f), Defendant, Johnson County Community College ("the College"), respectfully requests the Court to strike Plaintiff's Sur-Reply in Response to Defendant's Motion to Dismiss (ECF Doc. No. 47) and to disregard said pleading when considering of Defendant's Motion to Dismiss for Failure to Comply with Court Order (ECF Doc. No. 38-39). In further support, the College states as follows:

**NATURE OF THE MATTER**

This is an employment lawsuit alleging one count of a "Sexually Hostile Work Environment" and two counts of "Retaliation" under Title VII of the Civil Rights Act of 1964. (*See* ECF Doc. No. 1).

**BACKGROUND FACTS AND ARUGMENT**

On March 30, 2012, Plaintiff filed a surreply (ECF Doc. No. 47) to Defendant's pending Motion to Dismiss (ECF Doc. No. 38-39). The rules of this court do not provide for surreplies. *See* D. Kan. Rule 7.1. Under D. Kan. Rule 7.1(c), only responsive and reply briefs are permitted. A surreply is permitted only in rare circumstances and only with leave of the court. *Leo v.*

*Garmin Int'l*, 09-CV-2139-KHV, 2009 WL 3122502 at *n.1 (D. Kan. Sept. 24, 2009) (striking and disregarding a surreply filed without leave). Plaintiff did not seek leave from the Court before filing his surreply, and this is not a rare circumstance justifying a surreply. It is the practice of courts in this district not to permit a surreply filed without leave. *Harnett v. Parris*, 925 F. Supp. 1496, 1500 (D. Kan. 1996). Therefore, the Court should strike Plaintiff's surreply (ECF Doc. No. 47) from the record and disregard said pleading when considering the underlying Motion to Dismiss (ECF Doc. No. 38-39) which is still pending but fully briefed.

## CONCLUSION

WHEREFORE, the College respectfully requests this Court to:

1. Strike Plaintiff's Surreply (ECF Doc. No. 47) from the record;

2. Disregard Plaintiff's Surreply (ECF Doc. No. 47) in considering the underlying Motion to Dismiss (ECF Doc. No. 38-39);

3. All other relief that the Court deems just and proper.

                GATES, SHIELDS & FERGUSON, P.A.

                By: /s/ Mark A. Ferguson
                   Mark A. Ferguson    KS#14843
                10990 Quivira, Suite 200
                Overland Park, Kansas 66210
                (913) 661-0222 Telephone
                (913) 491-6398 Facsimile
                MarkFerguson@gsflegal.com

                ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the **4th day of April, 2012**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                /s/ Mark A. Ferguson
                ATTORNEY FOR DEFENDANT