# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER SAGER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CV-2231 CM/JPO |
| ) | |
| **JOHNSON COUNTY COMMUNITY** ) | |
| **COLLEGE** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
### IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Christopher Sager ("Sager"), by and through his counsel of record, hereby moves this Court for leave to file a surreply in response to defendant Johnson County Community College's ("JCCC") motion to dismiss. In support of this motion, Sager states:

1. Sager filed this case in 2011 seeking recovery from JCCC relating to violations of Title VII of the Civil Rights Act.

2. On February 29, 2012, JCCC filed its motion to dismiss as a sanction for failing to comply with discovery.

3. At no point in its suggestions in support of its motion to dismiss (Document #39) did JCCC discuss the ability of Sager to oppose a motion for summary judgment.

4. On March 13, 2012, Sager filed his response to JCCC's motion to dismiss. Again, the topic of Sager's ability to oppose a motion for summary judgment was not addressed.

5. On March 267, 2012, JCCC filed its reply in support of its motion to dismiss. For the first time, JCCC suggested that this Court should dismiss the present action on the false assertion that Sager would be unable to present any evidence in response to a motion for summary judgment under Rule 37(c)(1).

6. Sager requires an opportunity to respond to this reply due to JCCC's inaccuracies in its description of both the facts and the law concerning the application of Rule 37(c)(1) in this matter.

7. In its reply in support of its motion to dismiss, JCCC also fails to note that, since the filing of its motion to dismiss, Sager has brought himself in compliance with discovery in this matter and has paid an ordered sanction of this Court. In fairness to Sager, he should be given the opportunity to bring his efforts to comply with this Court's orders to the Court's attention.

8. Sager respectfully wishes this Court to consider his surreply filing (Document #47) in regards to JCCC's motion to dismiss. Sager should have sought leave to file the surreply before so filing, but believes that it is imperative that this Court have the information contained in Sager's surreply before ruling on the motion to dismiss.

WHEREFORE, plaintiff Christopher Sager respectfully moves this Court for leave to file a surreply in opposition to defendant Johnson County Community College's motion to dismiss, and for such other relief as this Court deems just.

Respectfully submitted,

LAW OFFICES OF BRIAN R. BARJENBRUCH, LLC

/s/ Brian R. Barjenbruch
Brian R. Barjenbruch         KS # 21523
18409 E. 27th Terrace S.
Independence, MO 64057
(816) 668-5323—Telephone
barjenbruchlaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 4th day of April, 2012, notice of the filing of the foregoing was sent via the CM/ECF electronic filing system for the U.S. District Court for the District of Kansas to all parties in this matter and their who are so registered to receive information relating to this action.

/s/ Brian R. Barjenbruch
Attorney for plaintiff